IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN M. CICCHIELLO, | : | |
|     Plaintiff | : | No. 1:17-cv-02365 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| SEIU 1199P UNION SERVICE | : | |
| EMPLOYEES INTERNATIONAL | : | |
| UNION, et al., | : | |
|     Defendants | : | |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS**:

Before the Court is the April 20, 2018 Report and Recommendation of Magistrate Judge Carlson (Doc. No. 16), recommending that this Court: (1) grant Defendants' motions to dismiss Plaintiff's complaint (Doc. Nos. 9, 11) under the doctrine of res judicata, and (2) direct the Clerk of Court to close the above-captioned action (Doc. No. 16 at 15). No timely objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 31st day of July 2018, **IT IS ORDERED THAT** Magistrate Judge Carlson's Report and Recommendation (Doc. No. 16), is **ADOPTED** as follows:

1. Defendants' motions to dismiss (Doc. Nos. 9, 11), are **GRANTED**, and Plaintiff's complaint (Doc. 1), is **DISMISSED** with prejudice as barred by the doctrine of res judicata; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania